E-FILED 8/17/15

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE MAE CARTER individually, and as executrix of the estate of Harold Carter, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMGEN INC.,<br><br>    Defendant. | Case No.  2:15-CV-03329-PSG-AGR<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Hon. Philip S. Gutierrez |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

[PROPOSED] JUDGMENT

DM_US 63224523-1.041925.0485

# [PROP~~OSE~~D] JUDGMENT

On July 16, 2015, the Court issued an order dismissing Plaintiff's First Amended Complaint for the reasons set forth in the order. The July 16, 2015 order afforded Plaintiff the opportunity to amend certain claims by August 10, 2015. All claims, however, would be dismissed with prejudice if Plaintiff failed to further amend her complaint by August 10, 2015. Plaintiff did not file a further amended complaint by August 10, 2015.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff takes nothing on her claims and that the action be dismissed on the merits with prejudice in its entirety.

Dated: __8/17_____, 2015

By: __PHILIP S. GUTIERREZ__
HONORABLE PHILIP S. GUTIERREZ
United States District Court Judge